# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY FINELLO Personal Representative of the Estate of ALFRED C. BRODERICK (deceased) & EILEEN BRODERICK (deceased), | : : : : : | No. 18-cv-3584-JMY |
| vs. | : : | |
| FOSTER WHEELER LLC, et al. | : | |

## ORDER

**AND NOW**, this 12th day of June 2023, upon consideration of the Motion for Summary Judgment (ECF No. 142) filed by Defendant Union Carbide Corporation, and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion shall be **DENIED** for the reasons set forth in the accompanying memorandum entered by the Court.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge