# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY FINELLO Personal Representative of the Estate of ALFRED C. BRODERICK (deceased) & EILEEN BRODERICK (deceased), | : : : : : | No. 18-cv-3584-JMY |
| vs. | : : | |
| FOSTER WHEELER LLC, et al. | : | |

## ORDER

AND NOW, this 4th day of August, 2023, upon consideration of the Motions to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(h)(3) filed by CBS Corporation (Westinghouse) and General Electric Company (ECF No. 180), the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and/or 12(h)(3) filed by Defendant Electrolux Home Products, Inc., as successor in interest to Copes Vulcan (ECF No. 181), the Motions to Join or Adopt Co-Defendant Electrolux Home Products, Inc's Motion to Dismiss filed by Warren Pumps, LLC, (ECF No. 183) and Foster Wheeler (ECF No. 184), and all papers submitted in support thereof and in opposition thereto, it is hereby ORDERED that said Motions will be GRANTED.

For the reasons set forth in the accompanying memorandum filed by the Court, Defendants CBS Corporation, General Electric Company, Electrolux Home Products, Copes Vulcan, Warren Pumps and Foster Wheeler will be dismissed from this case.

It is further ORDERED that John Crane Company as successor to Chapman Valve Manufacturing Company will be *sua sponte* dismissed from this action for all of the same reasons that Plaintiff's action has been dismissed against the other maritime naval Defendants identified in this order.

BY THE COURT:

   /s/ John Milton Younge   
Judge John Milton Younge